## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Benham v. Miller...............................19974

Breck v. Rolloway Motor Co.....................19968

Brunhoff Mfg. Co. v. Schultz...................19980

Cleveland (City) v. Haas.......................19969

Cleveland Railway Co. v. Hunt..................19987

Cleveland Railway Co. v. Marvin................19967

Daub v. Fletchner..............................19973

Hankins v. Ende................................19981

Indemnity Ins. Co. of N. A. v. Gar. Hts. (Vil.)...19975

King v. Van Pelt...............................19970

Lake Erie Lum. Co. v. Belmore Bank Co..........19976

Leach v. Xenia (City)..........................19971

Lubin v. King Flour Mills Co...................19982

Sisson v. Clark............................19977-8-9

Snouffer v. Snouffer...........................19965

Solomon v. Cleveland (City)....................19972

State ex Rudd v. Indus. Com....................19966

Stern v. Beverly Co............................19983

Timen v. Cleveland (City)......................19986

Watkins Co. v. Hartzel.........................19984

Weeden v. Weeden...............................19985

### JULY 12, 1926

19965—John M. Snouffer v. Clara M. Snouffer; motion for Franklin Appeals to certify. W. J. Ford, Columbus, for pltff; W. E. Isaly, Columbus, for deft.

19966—State of Ohio ex rel Mary F. Rudd v. Industrial Commission of Ohio; in mandamus. F. H. Ward, Columbus, for pltff; C. C. Crabbe and R. R. Zurmehley, Columbus, for deft.

19967—Cleveland Railway Co. v. John E. Marvin; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey, Cleveland, for pltff; Bernon, Mulligan, Keeley & Le Fever, Cleveland, for deft.

19968—Theodore Breck v. Rolloway Motor Co.; motion for Lucas Appeals to certify. Johnson, Johnson & Faber, Toledo, for pltff; Fraser, Hiatt & Wall, Toledo, for deft.

19969—City of Cleveland v. Helen Haas; motion for Cuyahoga Appeals to certify. C. F. Shuler, J. F. Smith, Cleveland, for pltff; Bernon, Mulligan, Keeley & Le Fever and Squire, Sanders & Dempsey, Cleveland, for deft.

### JULY 13, 1926

19970—Frank L. King v. Bert Van Pelt; motion for Highland Appeals to certify. Wilson & Morrow, Hillsboro and J. P. Phillips, Chillicothe, for pltff; C. Newby, Hillsboro, for deft.

19971—Eva Leach v. City of Xenia; motion for Greene Appeals to certify. F. L. Johnson, Xenia, for pltff; J. A. Finney, Xenia, for deft.

19972—Henry Solomon v. City of Cleveland; error to the Court of Appeals of Cuyahoga county. T. J. Herbert, Cleveland, for pltff; C. Shuler and J. O. Smith, Clevelnad, for deft.

19973—Phillip H. Daub v. August Fletchner; motion for Sandusky Appeals to certify. Taber, Chittenden, Northrup & Daniels, Toledo, for pltff; H. De Rau, Fremont, for deft.

### JULY 14, 1926

19974—William G. Benham v. Mary Miller; motion for Franklin Appeals to certify. S. W. Bennett, Columbus, for pltff; H. A. Williams and G. R. Hedges, Columbus, for deft.

19975—Indemnity Insurance Co. of North America v. Village of Garfield Heights; motion for Cuyahoga Appeals to certify. J. B. Keenan, Cleveland, for pltff; Griswold, Green, Palmer & Hadden; Tolles, Hogsett, Ginn & Morley, Cleveland, for deft.

19976—Lake Erie Lumber & Supply Co. v. Belmore Bank Co. et; motion for Cuyahoga Appeals to certify. White, Cannon & Spieth, Cleveland, for pltff.

### JULY 15, 1926

19977—Geo. R. Sisson v. Fred C. Clark; motion for Cuyahoga Appeals to certify. B. H. Davis, Cleveland, for pltff; Lieghley, Halle, Haber & Berick, Cleveland, for deft.

19978—Geo. R. Sisson v. Fred C. Clark; motion for Cuyahoga Appeals to certify. B. H. Davis, Cleveland, for pltff; Lieghley, Halle, Haber & Berick, Cleveland, for deft.

19979—Geo. R. Sisson v. Fred C. Clark; motion for Cuyahoga Appeals to certify. B. H. Davis, Cleveland, for pltff; Lieghley, Halle, Haber & Berick, Cleveland, for deft.

19980—Brunhoff Mfg. Co. v. Rosa Schultz; motion for Hamilton Appeals to certify. Jones & Jones, Cincinnati, for pltff; A. Pfau, Cincinnati, for deft.

19981—Russell Hankins v. Carl V. Ende; motion for Hardin Appeals to certify. W. P. Rowland and F. J. Stalter, Upper Sandusky, for pltff; J. E. Simpson, Forest, for deft.

### JULY 16, 1926

19982—Meyer Lubin et v. H. H. King Flour Mills Co; motion for Cuyahoga Appeals to certify. Turney & Sipe, Cleveland, for pltff; Snyder & Snyder, Cleveland, for deft.

19983—Adolph Stern et v. Beverly Co; motion for Lucas Appeals to certify. C. K. Friedman and P. H. Taylor, Toledo, for pltff; Kirkbride, McCabe & Boesel, Toledo, for deft.

19984—J. R. Watkins Co. v. Elmre Hartzel; motion for Drake Appeals to certify. Myers & Myers and J. K. Brumbaugh, Greenville, for pltff; Mannix, Crawford & Billingsley, Greenville, for deft.

19985—Chas. H. Weedon v. Harriet W. Weeden; motion for Franklin Appeals to certify. R. M. Hunter, and H. M. Bennett, Columbus, for pltff; Maurice Kessler, Columbus, for deft.

19986—Jack A. Timen v. City of Cleveland; motion for Cuyahoga Appeals to certify. M. Singer, Cleveland, for pltff; Garfield, McGregor & Baldwin, Cleveland, for deft.

19987—Cleveland Railway Co. v. Ellen Hunt; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey, Cleveland, for pltff; W. J. Corrigan, Cleveland, for deft.